

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-057-LDG-LRL |
| Plaintiff, | ) | |
| vs. | ) | |
| CHRISTINA L ANDERSON | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#26), sentencing held on April 7, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| UNKNOWN VICTIMS | $4,050.00 |
| VIRTU MANAGEMENT GROUP LTD | $6,000.00 |
| LOU DIMAGGIO | $100.00 |
| WAYNE FEDERMAN | $100.00 |
| LEGACY ENTERTAINMENT | $100.00 |
| DONALD MCENERY | $600.00 |
| RICHARD VOX | $100.00 |
| SAVITSKY SATIN AND CO | $5,000.00 |
| PHILIP ROSENTHAL | $5,000.00 |
| JAY KOGEN | $1,000.00 |
| DANIEL KELLISON | $500.00 |
| EBAN SCHLETTER | $500.00 |
| DAVID CROSS | $2,000.00 |

| | |
|---|---|
| GRETCHEN SCHAFFNER | $300.00 |
| JON MANFRELLOTTI | $150.00 |
| JERRY DINERSTEIN | $100.00 |
| TINA P KINDHART | $100.00 |
| COLLEEN MCGARR | $100.00 |
| KATHY GRIFFIN | $1,000.00 |
| LAWRENCE CHINERY | $500.00 |
| REROB PRODUCTIONS | $500.00 |
| JEFF SUSSMAN | $500.00 |
| HENRIETTA WILANSKY | $200.00 |
| JUDITH ALLISON | $1,000.00 |
| STEVE WEINHOUSE | $100.00 |
| ROMANO FAMILY TRUST | $5,000.00 |
| COVERSATION CO | $500.00 |
| ADAM FERRARA | $100.00 |
| RICK RUBIN | $100.00 |
| COMEDY CLUB | $10,030.00 |
| IMPROV WEST | $2,000.00 |
| STEPHEN SKROVAN | $1,000.00 |
| ROBERT ODENKIRK | $500.00 |
| RONDELL SHERIDAN | $500.00 |
| SUSAN KOLINSKY | $300.00 |
| SUSAN JAFFEE | $200.00 |

**Total Amount of Restitution ordered: $49,830.00**

Dated this 19th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE